# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

**David E. Madden**
Member NJ Bar
DMadden@moodklaw.com

*Our staff is working remotely as required by government directive during the COVID crisis. Accordingly our office will only be transmitting and accepting communications and pleadings via email.*

May 18, 2020

**Via ECF**
Honorable Joel Schneider, U.S.M.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    RE: McBride v. Capehart and Scatchard, PA and Carmen Saginario
          Docket No.: 1:19-cv-17196
          Our File No.: 092-107004 (CMS/DEM)

Dear Judge Schneider:

    Defendants, Capehart and Scatchard, P.A. and Carmen Saginario join in the opposition to Plaintiff's application to amend his Motion for Summary Judgment for the reasons set forth in Co-defendant's correspondence to the Court dated May 14, 2020. (Doc 130).

    Respectfully submitted,

    **MARKS, O'NEILL, O'BRIEN,**
    **DOHERTY & KELLY, P.C.**

    */s/ David E. Madden*
    David E. Madden, Esquire

DEM/jad
cc:    Brian McBride, Pro Se (Via ECF and Email)
        All Counsel of Record (Via ECF)

{NJ100643.1}

| Philadelphia | Pittsburgh | New York | Westchester County | Wilmington | Towson |
| --- | --- | --- | --- | --- | --- |
| Pennsylvania | Pennsylvania | New York | New York | Delaware | Maryland |