```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| BRIAN F. MCBRIDE,<br><br>      Plaintiff,<br>   v.<br><br>TOWNSHIP OF WASHINGTON; JOSEPH J. MICUCCI; CAPEHART AND SCATCHARD, PA; CARMEN SAGINARIO; and ELIZABETH MICUCCI,<br><br>      Defendants. | Civil No. 19-17196(NLH)(JS)<br><br>ORDER |

**HILLMAN, District Judge**

　　For the reasons expressed in the Court's Opinion filed today,

　　IT IS on this __18th__ day of __June__, 2020

　　**ORDERED** Defendants' motions to dismiss Plaintiff's complaint (ECF Nos. 7 & 20) be, and the same hereby are, **GRANTED.** Counts 2 and 9 of the complaint are dismissed with prejudice. All other remaining counts are dismissed without prejudice; and it is further

　　**ORDERED** Plaintiff's motion for leave to file a sur reply to the Capehart Defendants' motion to dismiss (ECF No. 27) be, and the same hereby is, **GRANTED;** and it is further

　　**ORDERED** Plaintiff's motions for injunctive relief and restraining orders (ECF No. 23, 92, & 123) be, and the same

hereby are, **DENIED AS MOOT;** and it is further

**ORDERED** Plaintiff's motion to compel (ECF No. 25), Plaintiff's motions and cross-motions for summary judgment (ECF Nos. 13, 16 & 28), various other discovery-based motions (ECF Nos. 17, 45, 50, 72, 94, & 103) be, and the same hereby are, **DENIED AS MOOT;** and it is further

**ORDERED** third-party Jason Gonter's motion to quash a subpoena served upon him by Plaintiff (ECF No. 147) be, and the same hereby is, **DENIED AS MOOT;** and it is further

**ORDERED** Plaintiff's motions for default judgment (ECF Nos. 10 & 15) and Plaintiff's motions for sanctions (ECF Nos. 18, 26, 40, 44, 60, & 127) be, and the same hereby are, **DENIED**; and it is further

**ORDERED** plaintiff shall have thirty (30) days from the date of this Order to seek leave to file an amended complaint.  Any such motion shall comply with Local Civil Rule 7.1 and all other applicable Federal Rules of Civil Procedure, as outlined in the accompanying Opinion; and it is further

**ORDERED** the Clerk shall have a copy of this Order and the accompanying Opinion emailed to Plaintiff at the email address Plaintiff has placed on filed with the Court: bf.mcbride@comcast.net.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.