UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN F. MCBRIDE,<br><br>        Plaintiff,<br><br>   v.<br><br>TOWNSHIP OF WASHINGTON; JOSEPH J. MICUCCI; CAPEHART AND SCATCHARD, PA; CARMEN SAGINARIO; and ELIZABETH MICUCCI,<br><br>        Defendants. | Civil No. 19-17196(NLH)(JS)<br><br>**ORDER** |

**HILLMAN**, District Judge

   WHEREAS on June 19, 2020, this Court decided by Opinion and Order that Plaintiff's complaint must be dismissed, in part with prejudice and in part without prejudice (ECF Nos. 168 & 169); and

   WHEREAS the Court granted Plaintiff thirty (30) days within which to seek leave to file an amended complaint; and

   WHEREAS the Court indicated that any such request must comply with the Federal Rules of Civil Procedure and our Local Civil Rules; and

   WHEREAS on July 7, 2020, Plaintiff sought leave to amend his complaint, but did not provide this Court with a redlined version tracking his proposed changes, as is required by Local Civil Rule 15.1; and

WHEREAS Local Civil Rule 15.1(a) provides that any motion for leave to amend must include: (1) a copy of the proposed amended pleading, which Plaintiff provided; and (2) a form of the amended pleading that shall indicate in what respect(s) it differs from the pleading which it proposes to amend, by bracketing or striking through materials to be deleted and underlining materials to be added, which Plaintiff has not provided; and

WHEREAS Plaintiff's proposed amended complaint contains 232 paragraphs, many with subparts.  Local Civil Rule 15.1(a)(2)'s requirement will assist this Court in determining, with greater precision, those changes Plaintiff proposes to make. Additionally, submission of a redlined version will preserve the valuable resources of this Court in a time where those resources are severely depleted.  See Johnson v. Gloucester Cty. Improvement Auth., No. 16-cv-8422 (RMB/AMD), 2017 WL 6539235, at *15 (D.N.J. Dec. 21, 2017) ("The Court desires not to have to independently labor to identify proposed changes to an already dense pleading which presently includes over 250 numbered paragraphs and spans 47 pages"); and

WHEREAS recognizing Plaintiff's efforts to comply with the Rules and with this Court's Orders, the Court will permit Plaintiff an additional opportunity to seek leave to amend in a rule-compliant manner; and

WHEREAS in light of the length of Plaintiff's proposed amended complaint, the Court reminds Plaintiff that Federal Rule of Civil Procedure 8(a)(2) requires a complaint contain only "a short and plain statement of the claim showing that the pleader is entitled to relief[.]"  Plaintiff is encouraged to review and revise any proposed pleadings to be filed in response to this Order in an effort to meet Rule 8(a)'s brevity requirement;

IT IS on this __9th__ day of __July__, 2020

**ORDERED** Plaintiff's motion for leave to file an amended complaint (ECF No. 173) be, and the same hereby is, **DENIED, WITHOUT PREJUDICE;** and it is further

**ORDERED** Plaintiff is granted thirty (30) days from the date of this Order to seek further leave to amend his complaint in a rule-compliant manner; and it is further

**ORDERED** that Defendants Capehart and Scatchard, PA and Carmen Saginario, Esq.'s letter-request seeking to adjourn Plaintiff's motion for leave to amend (ECF No. 175) is **DENIED AS MOOT.**

At Camden, New Jersey

__s/ Noel L. Hillman_____
NOEL L. HILLMAN, U.S.D.J.