# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** September 25, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**  **DOCKET NO. 19-CV-17196 (NLH)**
MCBRIDE
 v.
TOWNSHIP OF WASHINGTON ET AL

**APPEARANCES:**
Dr. Brian McBride, Pro Se Plaintiff
James Birchmeier and Christian Scheuerman, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 10:00 a.m.
**TIME ADJOURNED:**  10:40 a.m.
**TOTAL TIME:**  40 minutes