September 30, 2020

Joel Schneider, USMJ
United States District Court
District of New Jersey
1 John F. Gerry Plaza
Camden, NJ 08101

RE: McBride v. Washington Township et al 1:19-cv-17196

Dear Judge Schneider,

As you are aware, I am the Plaintiff pro se in the above, referenced matter. Please kindly find enclosed a copy of a communication sent to James Birchmeier, Esq. regarding disturbing behavior that is under an active criminal investigation by law enforcement.

It appears that a person acting under a pseudonym on the internet has been targeting my wife and her business interests. The threats come around just about every time I file a paper with this Court. My wife has made reports of the behavior to local law enforcement and the same is the focus of an active investigation as an indictable offense. The person appears to be an employee of Defendant Washington Township because the actor has access to data from active investigations by law enforcement not readily available to the public. The account also targets a citizen running as a challenger in the upcoming Washington Township Mayoral election—during the workday.

As we approach settlement, my family and I will not be intimidated by your Defendant Washington Township or any employee thereof.

Very truly yours,

Brian McBride
Plaintiff pro se

CC:
John K. Roche, Esq. (Outside Counsel to Facebook, Inc.)
Bria Cochran, Esq. (Outside Counsel to Facebook, Inc.)
James Daire, Esq. (Inside Counsel to Yelp, Inc.)
Judge Joel Schnedier, USMJ