October 1, 2020

Joel Schneider, USMJ
United States District Court
District of New Jersey
1 John F. Gerry Plaza
Camden, NJ 08101

RE: McBride v. Washington Township et al 1:19-cv-17196

Dear Judge Schneider,

As you are aware, I am the Plaintiff pro se in the above, referenced matter.  I write to request leave of Court to file a motion to compel Defendant Capehart and Schatchard and Defendant Carmen Saginario to produce a settlement agreement to the terms they themselves proposed.

Based on our 9/25/2020 status conference, I left the meeting understanding that the non-monetary conditions I asked of a proposed settlement agreement between myself and Defendant Capehart and Scatchard and Defendant Saginario were not permissible as a matter of law.  With that barrier removed, I indicated to the court, on the record, that I accepted Mr. Schuerman's settlement authorization dated August 20, 2020 as well as Mr. Kelly's restatement of same dated August 21. Mr. Kelly's August 21mentions <u>in writing</u> wanting to send a draft release for review (and attached herein).

Now on October 1, I am now told by Mr. Kelly that they now wish to "continue the dialogue." (See attached)

Since the settlement the Defendants themselves proposed was acceptable to them a month ago is now no longer acceptable, I have trouble understanding this.  I would like leave to file a motion to dispose of these two Defendants.

Very truly yours,

Brian McBride
Plaintiff pro se