**BIRCHMEIER & POWELL LLC**
COUNSELLORS AT LAW
1891 STATE HIGHWAY 50
PO BOX 582
TUCKAHOE NJ 08250-0582
(609) 628-3414
(609) 628-2966 (FAX)
info@birchmeierlaw.com
www.birchmeierlaw.com

JAMES R. BIRCHMEIER °*
ERIN R. THOMPSON
EDWARD N. ROMANIK
SANDRA A. SORANTINO

_____
DONALD A. POWELL
   RETIRED

° CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
*ALSO MEMBER PA. BAR

GLOUCESTER COUNTY OFFICE
53 NEWTON AVENUE
WOODBURY NJ 08096

OUR FILE NO.   13,289J        November 19, 2020        Electronically Filed

Honorable Joel M. Schneider, U.S.M.J.
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza – 4th & Cooper Streets
Camden, NJ 08101

Re:    **Brian F. McBride v. Township of Washington, et als
Civil Action No. 1:19-cv-17196 (NLH/JS)**

Dear Judge Schneider:

As Your Honor is well aware, this office represents the interest of the defendants, Washington Township and Joseph Micucci in the above matter. I am in receipt of the pro se plaintiff's latest letter to Your Honor dated November 18, 2020 (Doc. 211), once again, claiming a variety of false and unsubstantiated claims asserted against the defendants.

While I appreciate the Court's TEXT ORDER denying the pro se plaintiff's request for a conference, on behalf of the defendants, I do not want the Court to infer that a lack of response to this letter and other filings by the pro se plaintiff in which the same and additional false and baseless allegations are claimed, should somehow be construed as acquiescence and/or agreement on behalf of the defendants.

As the Court and the pro se plaintiff are well aware, the pro se plaintiff's Complaint, at this point in time, remains dismissed. Accordingly, it is the position of the defendants that there is nothing for the Court to address. That being said, the defendants vehemently deny the baseless and unsubstantiated allegations contained in the pro se plaintiff's latest letter.

-2-

Finally, given the current status of the pro se plaintiff's Complaint, it is respectfully submitted that an Order be entered barring the pro se plaintiff from further communications with the Court until the Court has ruled on the pro se plaintiff's pending motion.

Respectfully submitted,
**BIRCHMEIER & POWELL LLC**

JAMES R. BIRCHMEIER

JRB:amt
jbirchmeier@birchmeierlaw.com
Enclosures
cc w/encls.:   Brian McBride, Pro Se Plaintiff
 Sean X. Kelly, Esquire/David E. Madden, Esquire/Christian M. Scheuerman, Esquire